UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:       Melenyn Parades       §       Case No. 05-70782
                                   §
                                   §       Chapter

NOTICE OF CHANGE OF ADDRESS

The above named debtor's address has changed to:

P.O. Box 291
Donna, Texas   78537

Please note this change for your records.

Respectfully submitted,
Law Office of Manuel Solis


 /s/ Cynthia De Leon
Cynthia De Leon
State Bar No. 24040787
1320 N. 10th St. Ste. A
McAllen, TX 78501
956-686-1044/fax 956-686-1607