IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

**In the Matter of**:                         }
                                              }     Case No. 05-70782
Melenyn O. Paredes                            }
                                              }     Chapter 13
                                              }
**Debtor(s)**                                 }

**Notice of Change of Address**

My Former Mailing Address was**:**

Name:           Melenyn O. Paredes

Street:         P.O. box 291

City,State,Zip:  Donna, TX 78537


**Please be advised that effective immediately, my new mailing address:**

Name:           **Melenyn O. Paredes**

Street:         **909 Flores Del Sol**

City,State,Zip:  **Donna, TX 78537**