

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS | ENTERED 03/31/2011 |

IN RE:  §
         §
Melenyn Parades  §
         §
         § BANKRUPTCY CASE NUMBER
(Debtor),  § 05-70782-M-13
         §
         §
         §

#72

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Melenyn Parades, in the amount of $3,420.63, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 11/19/2010 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Melenyn Paredes c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $3,420.63 to Dilks & Knopik, LLC and Melenyn Paredes at the following address:

P.O. Box 2728,
Issaquah, WA 98027-0125

Dated: 3/31/11

UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98